**No. 10-1451. Glen Broemer, Petitioner v. Central Intelligence Agency, et al.**

565 U.S. 822, 132 S. Ct. 108, 181 L. Ed. 2d 34, 2011 U.S. LEXIS 6966.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 647.